EDISON FIXTURE COMPANY, INCORPORATED, PLAINTIFF-APPELLANT, v. DOCTOR B. J. SCHWARTZ, TRADING, ETC., DEFANDANT-APPELLEE.

Argued October 8, 1924—Decided February 5, 1925.

On appeal from the District Court of the city of Camden.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the appellant, *Herman B. J. Weckstein.*

For the appellee, *Thomas P. Curley.*

PER CURIAM.

Our examination of the record in this case discloses no error justifying a reversal.

We think there was evidence in this case wherefrom payment of the claim in question might lawfully be inferred by the trial judge, as, apparently, it was inferred, and, therefore, the judgment is affirmed, with costs.